UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DAVID CEJA-RIVAS, BT1923,<br><br>Plaintiff. | Case No. 24-cv-04255-CRB  (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On July 31, 2024, the post office returned the court's mail to plaintiff as undeliverable and unable to forward. See ECF No. 5 at 1-2. Because more than 60 days have passed since the court's mail to plaintiff was returned as undeliverable, and the court has received no written communication from plaintiff indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

The clerk is instructed to close the file and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: September 30, 2024

_____
CHARLES R. BREYER
United States District Judge